03/27/2025

RE: Jessica Peters

Your Honor:

    Ms. Peters requested a Character Reference for her Sentencing on April 9th, 2025.

    I have received these before for other inmates. Often, I had trouble writing them because I did not feel that there had been a change in character, but I have no trouble at all doing this for Ms. Peters. I truly feel that she deserves another chance.

    I first met Jessica when she attended the Bible Study that I lead at the Muscatine County Jail on Wednesday evenings. At Bible study, Jessica participates and completes assignments. She is very helpful to others in the pod and a good listener for them.

    Right away I noticed that she is respectful to myself, others, and how she was attentive in class. When others would complain about Correctional Officers, or food (or things of that nature) Jessica would not and would often come to a CO's defense. She does not play the blame game.

    Her prayer requests were for herself, of course, but also for the health of others, like her family and other women in the pod. Her requests were often for those who were going to get out: for their sobriety, that they would stay clean from drugs, and do better in life, not fall back into bad habits.

Thank you for your time,

*Mary Campbell*

Mary E. Campbell
Just in Time Jail
P.O. Box 1361
Muscatine, Iowa 52761
563-571-5374

EXHIBIT C