

| | |
|---|---|
| **Kim Reynolds,** | **Department of Corrections** |
| **Governor** | **Beth A. Skinner, PhD, Director** |
| | **Michelle Waddle, ICIW Warden** |

**James M. Hunter, Jr.**
**Correctional Counselor**
**Iowa Correctional Institution for Women**
**420 Mill Street South West**
**Mitchellville, IA 50169**
**(515) 725-5226**

**March 31, 2025**

**Dear Ms. Jaeger,**

**Jessica Peters arrived at Iowa Correctional Institution for Women on December 27, 2022. While incarcerated she successfully completed the Sex Offender Treatment Program "Good Lives" on August 08, 2023, Hi-SET (High School Equivalency) on April 14, 2023, ACTV: Achieving Change through Value-Based Behavior on December 06, 2023 & Life Skills - 6 Weeks on March 15, 2024. She did not receive any major reports while incarcerated. She was always appropriate towards correctional staff and other incarcerated individuals. She was released on August 13, 2024.**

**Sincerely,**

**James M. Hunter, Jr.**
**Correctional Counselor**