April 3rd, 2025

The Honorable Judge and Court
United States District Court
131 East 4th Street
Davenport, Iowa  52801

From:  Audra Diederichs, Muscatine County Jail Volunteer Counselor
Re:  Jessica Peters

To Honorable Judge and Court:

I am giving this written correspondence at the request of Jessica Peters, an inmate at Muscatine County Jail, to facilitate written communication with professionals involved in her court case. I have had the opportunity to facilitate a Prevention and Coping Skills Class for the women at Muscatine County Jail and meet with women for individual skill-building counseling with a Christian emphasis at their request.

Jessica has shown exceptional commitment and dedication to attendance and participation in the Prevention and Coping Skills Class. Jessica attended class on 10/12/21, 11/16/21, 11/30/21, 2/1/22, 3/1/22, 4/26/22, 8/16/22, 10/11/22, 11/22/22, 8/20/24, 10/15/24, 12/31/24, 1/28/25 and 3/25/25. Through the Prevention and Coping Skills Class she has been able to collaborate with others for positive growth in building discrepancy, understanding and regulating emotions, identifying triggers, acknowledging intervention strategies, seeking healthier relationships, establishing positive affirmations and visualization, creating constructive options for time and money management and recognizing the outcomes and consequences of negative choices in contrast to the benefits of wise decision making. Jessica has also been fully engaged in seven individual skill-building counseling sessions. Jessica showed excellent participation and effort in working with her identified goals of forgiveness of herself and others, anger management, stress management, coping with her emotions and feelings and freedom from addiction. She has been able to seek assistance, ask and answer questions to work on goals through the sessions and receive feedback effectively. Jessica has shown improvement in understanding the discrepancy between her past choices, thinking and behaviors. She is making goals and plans for herself in the present and future that will be assimilating herself into a healthier identity with correlating decisions.

It would be beneficial for Jessica to continue to receive spiritual and emotional support for a continuation of her accountability for sustained change. With assistance reinforcing her positive choices and in working through her understood awareness and recognition, she can create plans for a God honoring productive and contributing present and future.

Sincerely,


Audra Diederichs,
Muscatine County Jail Volunteer Counselor

EXHIBIT E