Dear Judge Goodgame
 This letter is regarding Jessica Peters
Case # 3:21-cr

Hello my name is Chandra McLean I am Jessica Peters Cousin I am 54 years old stroke survivor Jessica and I grew up together she often visited me in Michigan and also in Indiana. My daughters and Jessie's Boys are good family friends we would often go camping or rent Canoes to go down the river in our many summers we spent together Holidays are extra special from cutting our own trees to making Christmas cookies etc..... Family is and always will be important to us we miss Jessie and we can't wait until we can Be reunited again she's a good mom to her boys and my girls she would watch my

Girls, while I worked Jessie always a hard worker sadly lost her only daughter at Birth. We are a God fearing family she cooks cleans kind all things We have had many great times in our lives we went to Alabama many times to visit our Grandparents family is important she's smarter then she gives herself credit self Esteem was low But she succeeded in many things in life from teaching her Boys good manners, to riding a Bike etc... We would watch each others children while we worked My girls just love Aunt Jessie as they called her

Praying nightly with her
Boys and my girls
Sports also was important
Basketball to Softball or
Track She did it
all very sweet Jessie
We love you Jessica
We pray for you we
miss you we will always
love you and
the Boys —
God IS good Sincerly
 Chandra
  your Fav. Cousin

Jessica knows I had a
Massive Brain Bleed on my
50th Birthday I'm so
glad I'm still here I lost
my Mom to a stroke
when she was 37 I was 16
sorry About messy writing it's
my Brain injury
 God Speed and thankyou!!
Love you Jessica Peters.

Thank you
sorry it's messy
I had a brain bleed

Cyndie
McCeen

2/8/5/2006
Unknown
Miss

Chandra McLean
2681 S 300 E
Laporte IN 46350

Honorable Rebecca Goodgame Ebinger
United States District Judge
123 E Walnut Street
Des Moines, IA 50309

S SUBURBAN IL 604
17 MAR 2025 PM 3 L

"X-RAYED & CLEARED BY U.S.M.S.